UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br>v.<br><br>SIMIN HADJIAN;<br>POYEH HADJIAN;<br>PAYVAND HADJIAN;<br>HOOSHANG F. HADJIAN; and<br>Does 1-10,<br><br>　　　　Defendants. | Case: 3:16-CV-00593-SI<br><br>**ORDER** |

### **ORDER**

Pursuant to F.R.CIV.P.41(a)(1), this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: 7/19/16

_____
HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE

1